**Order entered August 25, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00135-CV

## IN THE INTEREST OF K.T.W., S.K.W., K.J.W., K.M.W., AND C.R.W., MINOR CHILDREN

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-52418-2017

## ORDER

Before the Court is appellant's August 24, 2020 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 21, 2020.

/s/    KEN MOLBERG
       JUSTICE